STEFANIE H. CLEMENT, ESQ.
Nevada Bar No. 6255
9960 W. Cheyenne Ave Ste 190
Las Vegas, NV 89129
(702) 341-6997
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LANIE GIORDANO<br><br>Debtor | BK-S 09-23256<br>Chapter 7<br><br>No hearing required |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address for Debtor LANIE GIORDANO will be as follows:

507 SIERRA PEAK CT
HENDERSON, NV 89052

Please adjust your records accordingly.

DATED this __31st__ day of AUGUST, 2009

STEFANIE H. CLEMENT, ESQ.

_____
Stefanie H. Clement, Esq.
Nevada Bar No. 6255
9960 W. Cheyenne Ave Ste 190
Las Vegas, Nevada 89129
Attorney for Debtor